```
                                                    FILED
                                                  May 6, 2013
            UNITED STATES DISTRICT COURT       CLERK, US DISTRICT COURT
                                               EASTERN DISTRICT OF
            FOR THE EASTERN DISTRICT OF CALIFORNIA   CALIFORNIA
                                                  DEPUTY CLERK
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:13-mj-00140-KJN |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| LEONARD BERNARD, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Leonard Bernard</u>; Case <u>2:13-mj-00140-KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

*Posted by COB 5/10/13*

    _X_  Bail Posted in the Sum of $10,000.00

    _X_  Unsecured Appearance Bond in the amount of:

        -$10,000, co-signed by Louis Bassi

        -$15,000, co-signed by Anna Bernard and Teresa Megallanas

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond secured by Real Property

    __  Corporate Surety Bail Bond

    _X_  (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>5/6/2013</u> at <u>3:30 pm</u>.

By _____
Carolyn K. Delaney
United States Magistrate Judge